**STATEMENT OF FACTS**

On July 21, 2009, members of the Metropolitan Police Department's Narcotics Special Investigations Division's Gun Recovery Unit executed a search at 1825 M Street, N.E., #1, Washington, D.C. When the officers entered the premises the defendant Jesse Pugh was sitting at the dining room table. Officers secured the premises and a search was conducted. Recovered from on top of the dining room table where the defendant was seated was a glass plate with approximately 53 grams of a tan rock like substance, approximately 10 grams of loose tan rock like substance, a box of sandwich bags, a strainer, rolling papers, razors, a spoon, two clear zips stamped with red apples, numerous unused green and red zip lock bags, a measuring cup containing a clear liquid, a digital scale with a razor and approximately 2 grams of a tan rock like substance, cardboard paper containing tan rock like residue, a zip lock containing a green weed like substance, two cellular phone and approximately $10 of U.S. currency. Also, recovered in the apartment was a loaded 9mm handgun, an additional loaded magazine, clear ziplocks containing a white residue, a box of baking soda, and a clear zip lock containing 7 clear cellophane wraps of a tan rock like substance weighing approximately 5 grams. The officers recovered $158 from the defendant. The defendant also had a key to the apartment in his possession and mail matter in the defendant's name at the listed address was recovered in the apartment. A portion of the tan rock like substance was field tested positive for cocaine base and a portion of the green weed like substance field tested positive for THC. The approximate weight of the tan rock like substance indicates that the drugs were going to be sold to others rather than used exclusively by the defendant.

                OFFICER CHRISTOPHER RITCHIE
                MPD-NSID

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF JULY, 2009.

                U.S. MAGISTRATE JUDGE